JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JACOBS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPT. HOME LAND SECURITY,<br><br>　　　　Respondent. | Case No. 8:19-cv-01049-VAP-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Action Without Prejudice filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 22, 2019

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE